IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  07-cv-00675-JLK

FORBA HOLDINGS, LLC

    Plaintiff,

v.

HERO MANAGEMENT, LLC, and
RONALD MONTANO,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER is before the Court upon the parties' **STIPULATION OF DISMISSAL WITH PREJUDICE**, (doc. #13), filed September 20, 2007, and the Court, being fully advised of the premises therein, **ORDERS** this case is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorney fees.

Dated:  September 21, 2007

                BY THE COURT:

                *S/John L. Kane*
                John L. Kane, Senior Judge
                United States District Court